```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/27/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
UNITED STATES OF AMERICA                 :
                                         :
      -against-                          :       No. 19 Cr. 2 (JFK)
                                         :              **ORDER**
HECTOR BATISTA,                          :
                                         :
                       Defendant.        :
----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to

Defendant Hector Batista's letter motion for compassionate

release, (ECF No. 58), by no later than June 3, 2020.  Mr.

Batista's reply, if any, must be filed by no later than June 8,

2020.  The motion will be considered fully submitted as of that

date.

**SO ORDERED.**

Dated:  New York, New York
        May 27, 2020

                                        _John F. Keenan_
                                          John F. Keenan
                                  United States District Judge