# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

June 19, 2020

Hon. John F. Keenan
United States District Court
500 Pearl Street
New York, New York   10007

**MEMO ENDORSED**

Re: *United States v. Hector Batista*
19-cr-002 (JFK)

Dear Judge Keenan:

This letter is an application to appoint undersigned counsel pursuant to the Criminal Justice Act for legal services provided to Mr. Batista in preparing and filing a post-judgment motion for compassionate release purusant to 18 U.S.C. §3582(c)(1)(A) and related relief. I request that the appointment be nunc pro tunc as of May 8, 2020. The services were completed on June 16, 2020, the date the motion was decided. I had previously been Mr. Pagano's CJA-appointed counsel in the underlying prosecution of this case.

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)

---

Defense Counsel's request for appointment nunc pro tunc to May 8, 2020, is GRANTED.

SO ORDERED.

Dated:   New York, New York
         June 24, 2020

*[signature]*
John F. Keenan
United States District Judge