TRULINCS 66374054 - BATISTA, HECTOR - Unit: LOR-C-A

---

FROM: 66374054
TO:
SUBJECT:
DATE: 02/19/2024 11:14:03 AM

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT NEW YORK

CASE # 1:S2 19 CR-00002-001

UNITED STATES OF AMERICA
PLAINTIFF,

V

HECTOR BATISTA
DEFENDANT,

## MOTION FOR A REDUCTION OF SENTENCE PURSUANT TO 18 USC 3582(c)(2) AND THE NEW AMENDMENT 821

BACKGROUND HECTOR BATISTA WAS SENTENCE TO 120 MONTHS AND A 12 MONTHS VIOLATION OF PROBATION

HECTOR BATISTA ASK THIS COURT TO GRANT THIS MOTION TO THE NEW AMENDMENT 821 AND APPOINT

COUNSEL PURSUANT TO CJA 3006A SEE EXHIBIT (1)

### ARGUMENT

Application for a reduction of sentence, pursuant to 18 U.S.C. Section 3582(c), is denied. Simply put, Defendant is not eligible for a sentence reduction under Amendment 821 because he received a mandatory minimum sentence of 120 months' imprisonment and Amendment 821 provides no authority for the Court to impose a sentence below the mandatory minimum. It only allows courts to impose a lower sentence based on adjustments to the applicable sentencing guidelines.

The Clerk is asked to mail a copy of this document to Defendant.

So Ordered.

5/29/24

/